Objections/corrections to Draft PSI - US v Mandy Robinson-Hand/22-cr-111 (JEB)

1. Page 2, "Identifying Data" - (a) correct misspelling "Robibson"  (b) Defendant denies having used name Mary as an alias.

2. Page 6, ¶16: Defendant asserts she and her husband left D.C. in their vehicle at about 4 p.m, not 6:30 p.m. as recorded.

3. Page 7, ¶19: Defendant admits she was in the Capitol when others rioted. She denies having rioted while in the building or on its grounds. She specifically objects to the word "rioter" to describe her on Jan. 6.

4. Page 8, ¶25: Defendant contends that her case in Taylor Co. (GA) Superior Court ended in 2010, not 2019 as recorded. She recalls the probation being terminated because the probation office was overloaded with open cases.

5. Page 9, ¶28: Defendant recalls the judge in the Theft case in Stephens Co. (GA) dismissing the case.

6. Page 9, ¶32: Defendant's brother related to the defendant that he called USPO Gavito, left a message on voicemail, and did not receive a return call.

7. Page 10, ¶35: Defendant's brother Marc Robinson works for a contractor, Parks Concrete, not the parks department of their community.

8. Page 10, ¶37: Stephens Co. is proper spelling; county is in George, not North Carolina.

9. Page 10, ¶38: Defendant's husband works for Driggers, not Triggers, Const. Co.

10. Page 11, ¶40: Of the listed email addresses "linked to the defendant," only mrobinson@evansnewspaper.com is one that she used. She denies having used the others.

11. Page 11, ¶41: Defendant suffered an injury to one leg, not both legs, in the auto accident in 2001.

12. Page 12, ¶43: Defendant asserts that her program of therapy or counseling ended after roughly eight (8) visits, not the result of a failure to get along with the psychologist.

13. Page 13, ¶54: The proper spelling of the bank is Synovus. She reports she has had the account since 2012. She says the actual balancer in the account is $1,300.05, not $2,174.00.

14. Page 13, ¶57: Defendant believes her fuel costs for her vehicle are about $800/monthly,