# Exhibit

# Turner's Chapel
# Free Will Baptist Church
911 Roberta Hwy.
Butler, GA 31006
478-365-7506

---

January 7, 2023

The Honorable District Judge James E. Boasberg
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Boasberg:

My name is Phil Bozeman, and I am the pastor of Turner's Chapel Free Will Baptist
Church in Butler, GA. I have known Charles Hand, III and Mandy Robinson-Hand for
several years now. They are members of our Church and they attend regularly. I do
believe they realize that they were wrong to enter the Capital Building on January 6,
2021, and that they have learned some valuable lessons from the events that
transpired. I respectfully request that you consider this letter in the decisions you must
make. Thank you very much!

Respectfully submitted,

Rev. Phil Bozeman

Rev. Phil Bozeman, Pastor
Turner's Chapel Free Will Baptist Church